# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HANSEL TERL BABER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JAMES D. HARTLEY, Warden,<br><br>　　　　　Respondent(s). | No. CV 09-5074-JHN (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: August 12, 2010

　　　　　　　　　　　　　　　　　　　JACQUELINE H. NGUYEN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE