UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HANSEL TERL BABER,<br><br>        Petitioner,<br><br>  v.<br><br>JAMES D. HARTLEY, Warden,<br><br>        Respondent(s). | No. CV 09-5074-JHN (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: January 19, 2011

                            JACQUELINE H. NGUYEN
                          UNITED STATES DISTRICT JUDGE